IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02868-RPM-KLM

TIMOTHY ORTIZ,

    Plaintiff,

v.

LAW OFFICE OF LAURENCE A. HECKER,
ATTORNEY AT LAW,

    Defendant.

_____

ORDER OF DISMISSAL WITH PREJUDICE
_____

Pursuant to the Notice of Voluntary Dismissal, filed June 25, 2010 [18], it is

ORDERED that this civil action is dismissed with prejudice.

DATED:  June 25th , 2010

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge